MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY v. COLORADO LOAN AND TRUST COMPANY ET AL.

STARE DECISIS.
The doctrines expressed in *Insurance Co. v. Loan and Trust Co.*, *ante*, page 1, are approved.

*Error to the District Court of Arapahoe County.*

Mr. B. L. CARR and Mr. F. P. SECOR, for plaintiff in error.

Mr. J. P. BROCKWAY, for defendants in error.

PER CURIAM. The questions involved in this case are the same as those disposed of in the opinion, *ante*, page 1, between the same parties. For the reasons there given the judgment of the district court in this case is reversed and the cause remanded.

*Reversed.*